IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLAY JUNG,<br><br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, ET AL.<br><br>Defendant.<br>_____ | ) Case. No. 1:26-cv-00093-MWJS-RT<br>)<br>) ORDER GRANTING MOTION TO<br>) APPEAR PRO HAC VICE AS TO<br>) Sondra A. Hemeryck_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Sondra A. Hemeryck_____ to

Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Sondra A. Hemeryck |
| Firm Name: | Riley Safer Holmes & Cancila LLP |
| Firm Address: | 1 S. Dearborn Street, Suite 2200<br>Chicago, IL 60603 |
| Attorney CM/ECF<br>Primary email address: | shemeryck@rshc-law.com |
| Firm Telephone: | 312-471-8700 |
| Party Represented | State Farm Fire and Casualty Company |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, _____March 9, 2026._____



_____
Rom A. Trader
United States Magistrate Judge